**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John Karlas aka Ionnis Karlas <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 18-15497 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Selene Finance LP as servicer for MTGLQ INVESTORS LP and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esq**
                              Rebecca A Solarz, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322