United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Karlas  
    Debtor

Case No. 18-15497-ref  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Keith | Page 1 of 1 | Date Rcvd: Dec 12, 2018 |
| | Form ID: 211 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.  
db         +John Karlas,   4404 Parkland Dr,   Allentown, PA 18104-1914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:  
        ALEXANDER G. TUTTLE   on behalf of Debtor John  Karlas agt@tuttlelegal.com,   allie@tuttlelegal.com  
        MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com  
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,   pa35@ecfcbis.com  
        REBECCA ANN SOLARZ    on behalf of Cred. Comm. Chair    MTGLQ Investors LP bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                      TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                              Chapter: 7

    John Karlas

Debtor(s)                                                                                     Case No: 18–15497–ref

_____

***ORDER***

AND NOW, 12/12/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 12/26/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                         For The Court

                                         Richard E. Fehling

                                         Chief Judge ,United States
                                         Bankruptcy Court