### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Karlas aka Ionnis Karlas <br> <u>Debtor</u> | CHAPTER 7 |
| MTGLQ INVESTORS LP <br> <u>Movant</u> <br> vs. <br> John Karlas aka Ionnis Karlas <br> <u>Debtor</u> | NO. 18-15497 REF |
| Michael H. Kaliner <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MTGLQ INVESTORS LP and its successor in title to proceed with its rights relating to the premises 4404 Parkland Drive Allentown, PA 18104.  Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 18, 2018**

_____
BJ.

cc: See attached service list