United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15497-ref
John Karlas                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Dec 18, 2018
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db             +John Karlas,    4404 Parkland Dr,    Allentown, PA 18104-1914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
          ALEXANDER G. TUTTLE    on behalf of Debtor John  Karlas agt@tuttlelegal.com,  allie@tuttlelegal.com
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Cred. Comm. Chair   MTGLQ Investors LP bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Selene Finance LP bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                               TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Karlas aka Ionnis Karlas<br><div align=center>Debtor</div> | CHAPTER 7 |
| MTGLQ INVESTORS LP<br><div align=center>Movant</div><br>vs. | |
| John Karlas aka Ionnis Karlas<br><div align=center>Debtor</div> | NO. 18-15497 REF |
| Michael H. Kaliner<br><div align=center>Trustee</div> | 11 U.S.C. Section 362 |

### ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is

ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MTGLQ INVESTORS LP and its successor in title to proceed with its rights relating to the premises 4404 Parkland Drive Allentown, PA 18104.   Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 18, 2018**

_____
BJ.

cc: See attached service list